## PEOPLE *ex rel.* FAIR *v.* COLTON.

Where the Act organizing a county provides for the term of office of the officers first elected, but makes no provision as to their successors, the duration of the term of the latter is governed by the general law.

APPEAL from the District Court of the Eighth Judicial District, county of Siskiyou.

Action for the usurpation of the office of Sheriff of Siskiyou. The agreed statement shows that at an election held on the first Monday of May, 1852, in pursuance of an Act to establish the county of Siskiyou, approved March 22d, 1852, C. McDermit was elected sheriff of the county, and was duly qualified and assumed the office May 12th, 1852. That at a general election held September 7th, 1853, the defendant Colton was elected sheriff, and that he filed his bond and was duly qualified on the 20th of September; but that McDermit retained the office till May 12th, 1854, when Colton assumed it. That at a general election held September 5th, 1855, the relator Fair was elected sheriff, and was duly qualified on the 25th of September, and claimed to be entitled to the office from the first Monday of October following, and made formal demand for delivery of the office November 5th, 1855, which was refused, the defendant claiming to be entitled to the office till May 12th, 1856. Judgment was entered in the District Court for the defendant. Plaintiff appealed.

*Edwards & English* for Appellant.

The Act organizing Siskiyou county provides that the officers chosen under that Act shall hold for two years and until their successors are qualified, and that their successors should be elected at the general election preceding the expiration of their terms of office. Nothing is said as to the duration of the term of their successors, which is therefore left to the operation of the general law, fixing the time when those elected to office shall enter upon the duties thereof. The term of defendant's office is nowhere fixed, except by the general law which provides that the relator shall enter upon the duties of his office on the first Monday of October following his election; while McDermit was expressly entitled to two full years by the special Act organizing the county.

*Long, Judah & Dunlap* for Respondent.

The opinion of the Court was delivered by Mr. Justice TERRY. Mr. Chief Justice MURRAY concurred.

The Act to organize the county of Siskiyou, passed March, 1852, provided that the county officers elected under that Act should hold office for two years and until their successors were elected. The Act, however, made no provision as to the duration of the term of their successors. It follows that this must be governed by the general law concerning offices, which provides that county officers shall enter upon the duties of office on the first Monday of October succeeding the election.

The relator having been elected sheriff of said county on the 5th of September, was entitled to the office from the first Monday of October, 1855.

The judgment of the Court below is reversed, with costs.